ARARAT REALTY CORPORATION, Appellant, v. AMLEHT REALTY CORPORATION and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Present — Dowling, Merrell, Finch, McAvoy and Burr, JJ.

BELLE MILLMAN, Respondent, v. JOSEPH MILLMAN, Appellant.— Order reversed and motion granted.   No opinion.   Present — Dowling, Merrell, Finch, McAvoy and Burr, JJ.

In the Matter of Proceedings Supplementary to Execution under a Judgment in Favor of HERMAN N. KARP, INC., Respondent, v. STRATHMORE LEASING CO., INC., Appellant.— Appeal from order of January 16, 1925, dismissed.   Order of March 3, 1925, affirmed, with ten dollars costs and disbursements.   The date for the examination to proceed to be fixed in the order.   No opinion.   Settle order on notice.   Present — Dowling, Merrell, Finch, McAvoy and Burr, JJ.

JOHN F. MARONEY, Respondent, v. IDA H. FISHER, Appellant.— Motion to dismiss appeal denied, with ten dollars costs.   Present — Dowling, Merrell, Finch, McAvoy and Burr, JJ.

D. MALCOLM WOOD, Appellant, v. ISAAC PORTMAN and Others, Respondents.— Motion to dismiss appeal granted, with ten dollars costs.   Present — Dowling, Merrell, Finch, McAvoy and Burr, JJ.

CHARLES E. WEBER, Appellant, v. ANNE E. WEBER, Respondent.— Motion to dismiss appeal granted, with ten dollars costs.   Present — Dowling, Merrell, Finch, McAvoy and Burr, JJ.

LOUIS NEUBURGER and Others, Respondents, v. A. D. B. CONSTRUCTION CO., INC., and Others, Appellants.— Motion to dismiss appeal denied, with ten dollars costs, with leave to renew if there be unreasonable delay following the settlement of the case on appeal by the trial justice.   Present — Dowling, Merrell, Finch, McAvoy and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH HABERMAN, Appellant.— Motion to dismiss appeal granted.   Present — Dowling, Merrell, Finch, McAvoy and Burr, JJ.

SOKEL & LOBEL, INC., Respondent, v. TIP TOP SHOE MANUFACTURING CO., INC, Appellant.— Application denied, with ten dollars costs, and stay vacated. Order signed.   Present — Dowling, Merrell, Finch, McAvoy and Burr, JJ.

DONALD, FRIEDMAN & CO., INC., Appellant, v. NATIONAL SURETY CO. (INC.), Respondent.— Application denied, with ten dollars costs.   Order signed.   Present — Dowling, Merrel, Finch, McAvoy and Burr, JJ.

HELEN C. STRUBBE, Appellant, v. BENJAMIN LISSBERGER, Respondent.— Application denied, with ten dollars costs.   Order signed.   Present — Dowling, Merrell, Finch, McAvoy and Burr, JJ.

MORRIS GELBWAKS, Respondent, v. BETTAMADE GARMENT CO., INC., Appellant.— Application denied, with ten dollars costs, and stay vacated.   Order signed. Present — Dowling, Merrell, Finch, McAvoy and Burr, JJ.

PETER WURTZEL, Respondent, v. NEW YORK YELLOW CAB CO. SALES AGENCY, INC., Appellant.   PETER WURTZEL, Respondent, v. NEW YORK YELLOW CAB CO. SALES AGENCY, INC., Appellant.— Application denied, with ten dollars costs. Order signed.   Present — Dowling, Merrell, Finch, McAvoy and Burr, JJ.